

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Alejandro Hernandez, | § | No. 08-18-00223-CV |
| Appellant. | § | Appeal from the |
| | § | County Court at Law No. 7 |
| Victor Vazquez, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV0755) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's Pro Se third motion for extension of time within which to file the brief until **June 25, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Alejandro Hernandez, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before June 25, 2019.

IT IS SO ORDERED this 30th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.